184 So. 914

**John (alias John E.) GOODMAN v. STATE.**

5 Div. 62.

Court of Appeals of Alabama.
Nov. 1, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

186 So. 918

**Adam GRAHAM v. STATE.**

8 Div. 782.

Court of Appeals of Alabama.
Feb. 7, 1939.

Fred S. Parnell, of Florence, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

177 So. 920

**Robert GRAHAM v. STATE.**

4 Div. 380.

Court of Appeals of Alabama.
Nov. 23, 1937.

W. L. Lee and Alto V. Lee, 3rd, of Dothan, for appellant.

A. A. Carmichael, Atty. Gen., and Clarence M. Small, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

186 So. 919

**Homer GRANT v. STATE.**

4 Div. 486.

Court of Appeals of Alabama.
Feb. 21, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

185 So. 922

**Harvey GREEN v. STATE.**

4 Div. 458.

Court of Appeals of Alabama.
Nov. 15, 1938.

Rehearing Denied Dec. 13, 1938.

J. L. Giddens, of Troy, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

184 So. 914

**J. B. GREEN v. STATE.**

1 Div. 289.

Court of Appeals of Alabama.
Nov. 22, 1938.

SAMFORD, Judge.
Appeal dismissed.